IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

Vs.                               CASE NO.  4:09cr263-01  JMM

MICHAEL S. JACKSON                                               DEFENDANT

## ORDER

Defendant appeared for a scheduled hearing this date.  On motion of the United States,  all Counts in the Superseding Indictment (DE #30), filed June 8, 2011, are dismissed with prejudice. The Clerk is directed to close the case.

The Clerk is requested to provide a copy of the Order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED this 25th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE